No. 693. Southern Pacific Co. *v.* Woodward, Administratrix. March 11, 1940. Petition for writ of

certiorari to the District Court of Appeal, Third Appellate District, of California, denied. *Messrs. Arthur B. Dunne, William H. Devlin, A. I. Diepenbrock,* and *Horace B. Wulff* for petitioner. *Mr. Stephen W. Downey* for respondent.